IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TORREY HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00873-O |
| | § | |
| BETTY HANSON STEVENS | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is parties' Agreed Motion to Dismiss with Prejudice. ECF No. 11. Parties inform the Court that a settlement has been reached and that all parties agree they have performed under the terms of their settlement agreement.

Accordingly, it is **ORDERED** that this cause is **DISMISSED with prejudice**. All parties shall bear their own court costs. This is a final order closing this case.

**SO ORDERED** on this **17th day of January, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

Order of Dismissal with Prejudice